**SET ASIDE AND REMANDED and Opinion Filed January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01624-CV

**TOM BENSON D/B/A ACT NOW BAIL BONDS, Appellant**
**V.**
**KELLY GORDON ROGERS, CARRIE ROGERS, AND FRED SEWELL, Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-81600-09, 380-81033-2012, 380-81034-2012, 380-81035-2012, 380-81036-2012, 380-81037-2012, and 380-81504-2012**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice FitzGerald

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that they have settled their differences. In accordance with the parties' agreement, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

131624F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TOM BENSON D/B/A ACT NOW BAIL
BONDS, Appellant

No. 05-13-01624-CV      V.

KELLY GORDON ROGERS, CARRIE
ROGERS, AND FRED SEWELL, Appellees

On Appeal from the 401st Judicial District
Court, Collin County, Texas.
Trial Court Cause Nos. 380-81600-09, 380-81033-2012, 380-81034-2012, 380-81035-2012, 380-81036-2012, 380-81037-2012, and 380-81504-2012.
Opinion delivered by Justice FitzGerald.
Justices Lang and Fillmore, participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement.

It is **ORDERED** that appellees Kelly Gordon Rogers, Carrie Rogers, and Fred Sewell recover their costs of this appeal from appellant Tom Benson d/b/a Act Now Bail Bonds.

Judgment entered January 29, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE